HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
IANE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00294 LJO-SKO |
| Plaintiff, | **STIPULATION EXTENDING DATE FOR FILING OF MOTION; ORDER** |
| vs. | |
| IANE LOVAN, | Date:  March 9, 2015<br>Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

The parties through their respective counsel jointly agree and stipulate as follows:

1. Defendant will file his motion by 4:00 p.m. on February 6, 2015;

2. The date for filing the Government's response shall remain the same, February 20, 2015;

3. The motions hearing date shall also remain the same, March 9, 2015, at 8:30 a.m.

Defendant has proposed this stipulation because additional time is needed to research the legal issues involved in the motion.

Dated:  February 2, 2015

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                   */s/ Kevin P. Rooney*
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Dated: February 2, 2015

HEATHER E. WILLIAMS
Federal Defender

*/s/ Andras Farkas*
ANDRAS FARKAS
Assistant Federal Defender
Attorney for Defendant
IANE LOVAN

**O R D E R**

IT IS SO ORDERED.

Dated: **February 2, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

Lovan- Stipulation to Extend Date for Filing of Motions                -2-