HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
IANE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00294 LJO-SKO-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO VACATE TRIAL AND SET STATUS CONFERENCE; ORDER |
| vs. | ) | |
| IANE LOVAN, ET AL., | ) | DATE: May 4, 2015<br>TIME: 8:30 a.m.<br>JUDGE: Honorable Lawrence J. O'Neill |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties through their respective counsel, KEVIN P. ROONEY, Assistant U.S. Attorney, counsel for plaintiff, ANDRAS FARKAS, Assistant Federal Defender, counsel for defendant, IANE LOVAN, HARRY M. DRANDELL, counsel for VONG SOUTHY, DANIEL L. HARRALSON, counsel for SOMPHANE MALATHONG, PETER M. JONES, counsel for KHAMPHOU KHOUTHONG and CAROL A. MOSES, Counsel for SUPHAN SAISEE, that the jury trial in this matter presently set for April 28, 2015 and the jury trial confirmation hearing set for April 14, 2015 be vacated and that a status conference be set on May 4, 2015, at 8:30 a.m.

The reason for this request is that defense counsel are appealing the District Court's denial of its motion to dismiss the indictment and request for an injunction. A decision from the U.S. Court of Appeals for the Ninth Circuit could affect whether the government may be allowed

1  to proceed with the prosecution of the defendants in this matter.  The requested continuance will
2  conserve time and resources for both parties and the court.
3      The parties agree that the delay resulting from the continuance shall be excluded in the
4  interests of justice, including but not limited to, the need for the period of time set forth herein
5  for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  April 1, 2015               /s/ *Kevin P. Rooney*
                                  KEVIN P. ROONEY
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

Dated:  April 1, 2015               /s/ *Andras Farkas*
                                  ANDRAS FARKAS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  IANE LOVAN

                                  LAW OFFICES OF HARRY M. DRANDELL

Dated:  April 1, 2015               */s/ Harry M. Drandell*
                                  HARRY M. DRANDELL
                                  Attorney for Defendant
                                  VONG SOUTHY

                                  DANIEL L. HARRALSON LAW CORP.

Dated:  April 1, 2015               */s/ Daniel L. Harralson*
                                  DANIEL L. HARRALSON
                                  Attorney for Defendant
                                  SOMPHANE MALATHONG

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

WANGER, JONES, HELSLEY, P.C.

Dated: April 1, 2015         */s/ Peter M. Jones*
            PETER MICHAEL JONES
            Attorney for Defendant
            KHAMPHOU KHOUTHONG

Dated: April 1, 2015         */s/ Carol A. Moses*
            CAROL ANN MOSES
            Attorney for Defendant
            SUPHAN SAISEE

O R D E R

THIS ORDER IS CONDITIONAL.  For the reasons set forth above, the request for vacating trial and for setting a status conference hearing is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

This is CONDITIONED upon counsels' agreement that each is committed to resetting the trial to occur within 4 months of the ruling of the Ninth Circuit should the position of defense be rejected.  If any counsel does NOT agree to this condition, they are required to advise the Court within 4 court days of this order.

IT IS SO ORDERED.

Dated:   **April 1, 2015**         **/s/ Lawrence J. O'Neill**
                  UNITED STATES DISTRICT JUDGE