HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
IANE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00294 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| vs. | DATE:     July 20, 2015 |
| IANE LOVAN, ET AL., | TIME:     8:30 a.m. |
| Defendant. | JUDGE:   Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by the parties through their respective counsel, KEVIN P. ROONEY, Assistant U.S. Attorney, counsel for plaintiff, ANDRAS FARKAS, Assistant Federal Defender, counsel for defendant, IANE LOVAN, HARRY M. DRANDELL, counsel for VONG SOUTHY, DANIEL L. HARRALSON, counsel for SOMPHANE MALATHONG, PETER M. JONES, counsel for KHAMPHOU KHOUTHONG, that the status conference in this matter presently set for June 8, 2015 be continued to July 20, 2015, at 8:30 a.m.

The reason for this request is that briefing on a procedural issue was completed on May 29, 2015 and the U.S. Court of Appeals for the Ninth Circuit has not issued a ruling.   The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein

1    for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

Dated:  June 5, 2015                /s/ *Kevin P. Rooney*
                                                 KEVIN P. ROONEY
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

Dated:  June 5, 2015                /s/ *Andras Farkas*
                                                 ANDRAS FARKAS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 IANE LOVAN

                                                 LAW OFFICES OF HARRY M. DRANDELL

Dated:  June 5, 2015                */s/ Harry M. Drandell*
                                                 HARRY M. DRANDELL
                                                 Attorney for Defendant
                                                 VONG SOUTHY

                                                 DANIEL L. HARRALSON LAW CORP.

Dated:  June 5, 2015                */s/ Daniel L. Harralson*
                                                 DANIEL L. HARRALSON
                                                 Attorney for Defendant
                                                 SOMPHANE MALATHONG

                                                 WANGER, JONES, HELSLEY, P.C.

Dated:  June 5, 2015                */s/ Peter M. Jones*
                                                 PETER MICHAEL JONES
                                                 Attorney for Defendant
                                                 KHAMPHOU KHOUTHONG

/ / /

/ / /

/ / /

/ / /

1              **O R D E R**

2       For the reasons set forth above, the request for continuance of status conference hearing

3  is granted for good cause. The Court finds that the interest of justice outweighs the interests of

4  the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§

5  3161 (h)(7)(A) and (B)(ii), (iv).

6

7

8  IT IS SO ORDERED.

9      Dated:   **June 5, 2015**                    **/s/ Lawrence J. O'Neill**
10                                           UNITED STATES DISTRICT JUDGE