HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
IANE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00294 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REQUEST TO MODIFY TERMS OF PRE-TRIAL RELEASE; ORDER THEREON |
| IANE LOVAN, | ) | |
| Defendant. | ) | |

Defendant Iane Lovan requests that the following conditions be removed from his conditions of pre-trial release:

The defendant shall:

shall participate in the following Location Monitoring component and abide by all the requirements of the program, which will include use of a location monitoring system.  You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO.  HOME DETENTION.  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO.

/ / /

/ / /

/ / /

The following condition shall be added:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other pre-trial release conditions shall remain in full force and effect.  Neither Pre-Trial Services Officer Ryan Beck, nor the government, object to Mr. Lovan's request.

DATED:   November 3, 2015                     /s/*Andras Farkas*
                                              ANDRAS FARKAS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              IANE LOVAN

**O R D E R**

IT IS HEREBY ORDERED that Defendant's pre-trial conditions are amended to remove the following condition:

The defendant shall participate in the following Location Monitoring component and abide by all the requirements of the program which include use of a location monitoring system.  You shall comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay all or part of the costs of the program based upon your ability to pay as determined by the PSO.  HOME DETENTION.  You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO.

The following condition shall be added:

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services

/ / /

/ / /

/ / /

officer; CURFEW: You shall remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other pre-trial service conditions shall remain in full force and effect.

DATED: November 6, 2015         /s/ SANDRA M. SNYDER
                                United States Magistrate Judge
                                Eastern District of California