HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561

Attorneys for Defendant
IANE LOVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IANE LOVAN,<br><br>Defendant. | Case No. 1:13-cr-00294 LJO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: July 24, 2017<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by the parties through their respective counsel, KEVIN P. ROONEY, Assistant U.S. Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Iane Lovan, that sentencing in this matter presently set for July 10, 2017 may be continued to July 24, 2017.

Mr. Lovan's case was originally assigned to former Assistant Federal Defender Andras Farkas. Present counsel, while preparing a Sentencing meMemorandum and Formal Objections, has determined that he is missing portions of discovery. The government has agreed to provide a duplicate copy which counsel needs to review to ensure that his representations Lovan's Sentencing Memorandum are correct. In addition, while the parties disagree whether Lovan possessed a dangerous weapon in connection with his offense, if the court rules in favor of Lovan he will be eligible for the safety valve provided he debriefs before sentencing. Additional time is needed to arrange for the possible debrief of Mr. Lovan, who resides in San Diego and

speaks only Lao. Defense counsel is scheduled to be out of the state from July 1, 2017 through July 9, 2017, and counsel for the government is scheduled to be out of the office until July 6, 2017. This continuance is requested to allow adequate time to complete these necessary tasks prior to sentencing, and to allow time for the government's response to Lovan's Formal Objections.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

PHILLIP A. TALBERT
United States Attorney

Dated: June 30, 2017  /s/ *Kevin P. Rooney*
KEVIN P. ROONEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: June 30, 2017  /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
IANE LOVAN

**OR D E R**

IT IS SO ORDERED.

Dated: **July 6, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE